ELEANOR GLEASON and Others, as Trustees under the Last Will and Testament of KATE GLEASON, Deceased, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM PRINCE, Respondent, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 630.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

MOSES ANDERSON, as Committee of the Person and Property of BENJAMIN ANDERSON, an Incompetent Person, Respondent, v. ELIZABETH SNELL, Appellant. — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

JAMES O. SEBRING, Appellant, v. CLAUDE V. STOWELL, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CHARLES POLGE, an Infant under the Age of Fourteen Years, by AUGUST POLGE, His Guardian ad Litem, Respondent-Appellant, v. JULIUS GLAZER and GLAZER-LEVY, INC., Appellants-Respondents.— Motion for reargument denied, but so much of the order of May 27, 1936, as provides that the order in respect to costs be reversed so far as it relates to the plaintiff, Charles Polge, is stricken from the order for the reason that the appeal from the order in respect to costs had been withdrawn by the appellant before the argument in this court and the clause now stricken out was inserted in the order of this court through inadvertence. [See ante, p. 680.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

TERESA PALMISANO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Stay granted until hearing and determination by Court of Appeals of motion to appeal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MANUEL ABREU, Appellant, v. AMERICAN LAUNDRY MACHINERY COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.